IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

A.P., MOTHER OF L.R., A CHILD,

     Appellant,

 v.

C.P. AND W.E.,

     Appellees.

_____/

Case No.  5D22-1944
LT Case No. 2020-DP-1492

Decision filed April 3, 2023

Appeal from the Circuit Court
for Brevard County,
Charles M. Holcomb, Judge.

Richard F. Joyce, Special Assistant
Regional Counsel, of Office of
Criminal Conflict and Civil Regional
Counsel, Casselberry, for Appellant.

Scarlett G. Davidson, Rockledge, for
Appellees.

Sara Elizabeth Goldfarb, Statewide
Director of Appeals, and Amanda
Victoria Glass, Senior Attorney, of
Statewide Guardian ad Litem Office,
Tallahassee, for Statewide Guardian
ad Litem.

PER CURIAM.

    AFFIRMED.

LAMBERT, C.J., EDWARDS and JAY, JJ., concur.